**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**BODANNA DAVIS** **PLAINTIFF**

**V.** **CAUSE NUMBER: 3:25-cv-00167-JDM-RP**

**MIDWEST TECHNICAL INSTITUTE, INC.** **DEFENDANT**

# FINAL JUDGMENT

On May 11, 2026, the Court dismissed this action without prejudice based on the parties' advisement that this action had settled or was in the process of settlement. [44] On May 28, 2026, Plaintiff BoDanna Davis signed a confidential settlement agreement, general release, and waiver. Based on this settlement, Davis and Defendant Midwest Technical Institute, Inc., have jointly moved to dismiss this action with prejudice. [45]

**IT IS THEREFORE ORDERED** that this action be **DISMISSED with prejudice.**

This case is **CLOSED**.

**SO ORDERED**, this the 16th day of September 2026.

/s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI